IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| JOSHUA ROLAND FULLER GILLEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18cv143-WHA |
| | ) | [WO] |
| UNITED STATES PROBATION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 21, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 10) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint pursuant to orders by this court.

Final judgment will be entered separately.

DONE this 13th day of July, 2018.

      /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE